

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   Case No.: 5:19-mj-00001
11                               )
              Plaintiff,         )   ORDER OF DETENTION PENDING
12                               )   FURTHER REVOCATION
       v.                        )   PROCEEDINGS
13                               )   (FED. R. CRIM. P. 32.1(a)(6); 18
                                 )   U.S.C. § 3143(a)(1))
14                               )
              Defendant.         )
15  _____)

16      The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the __Eastern__ District of
18  __California__ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20      Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. ( )  The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c). This finding is based on the following:
25          ( )  information in the Pretrial Services Report and Recommendation
26          ( )  information in the violation petition and report(s)
27          ( )  the defendant's nonobjection to detention at this time
28          ( )  other: _____

1

        and/ or

B. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation
    (X)    information in the violation petition and report(s)
    ( )    the defendant's nonobjection to detention at this time
    ( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 2, 2019

_____
SHERI PYM
United States Magistrate Judge

2